### Commonwealth *v.* Havel, Appellant.

Submitted March 20, 1972.

*Thomas E. Harting,* Public Defender, for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Heck, Appellant.

Submitted March 20, 1972. *Frederick S. Wolf,* and *Beaver & Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.